## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **Y.B., as parent and next friend of A.B, a minor child,** | ) | |
| | ) | |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:08-0999** |
| | ) | **Judge Trauger** |
| **WILLIAMSON COUNTY BOARD OF EDUCATION,** | ) | |
| | ) | |
| **Defendant/Counter-Plaintiff.** | ) | |
| | ) | |

### ORDER

For the reasons expressed in the accompanying Memorandum, the recommendations of the Magistrate Judge in the pending R&R (Docket Nos. 30 and 31) are, for the most part, accepted by the Court. Consistent with those recommendations, the defendant's Motion for Summary Judgment (Docket No. 17) is **DENIED**, and the plaintiff's Motion for Summary Judgment (Docket No. 21) is **GRANTED IN PART and DENIED IN PART.** This case is hereby **REFERRED** back to the Magistrate Judge for additional proceedings regarding the precise amount of attorneys' fees to be awarded, with the caveat that the plaintiff may not recover fees for the time his counsel spent at the resolution session. Also, the defendant's pending Motion *in Limine* (Docket No. 26) is **DENIED,** without prejudice.

It is so ordered.

Enter this 20th day of November 2009.

_____
ALETA A. TRAUGER
United States District Judge